AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schenkier, Sidney I. | Northern District of Illinois | 5/9/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2011 | Northwestern University School of Law -- Payment for work as adjunct professor | $7000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2011 | Chicago Legal Clinic - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Northwestern University School of Law | Jan - April, Sept - Dec | Chicago, IL | Teaching | Parking |
| 2. | Federal Magistrate Judge Association | 02/27-03/02 | Washington, D.C. | Committee Work | Lodging, Food, Travel |
| 3. | Federal Magistrate Judges Association | 09/13-09/16 | Washington, D.C. | Comittee Work | Lodging, Food, Travel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 5/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Growth Fund | B | Dividend | M | T | Buy (add'l) | 8/04/11 | K | | |
| 2. Fidelity Freedom 2020 Fund | C | Int./Div. | O | T | Sold (part) | 8/04/11 | K | | |
| 3. Schwab 1000 Fund | A | Dividend | J | T | | | | | |
| 4. Perkins Small Cap Value (formerly Janus) | A | Dividend | M | T | | | | | |
| 5. Schwab Money Market Fund | A | Interest | L | T | | | | | |
| 6. Illinois College Savings Bond | A | Interest | | | Matured | 08/01/11 | J | A | |
| 7. IBM common stock | A | Dividend | K | T | | | | | |
| 8. Schwab Health Care Fund | A | Dividend | | | Sold | 01/10/11 | J | B | |
| 9. ING Money Market Fund (formerly Netbank) | A | Interest | J | T | | | | | |
| 10. William Blair Int'l Fund | B | Dividend | K | T | Sold (part) | 4/11/11 | J | C | |
| 11. Energy Sector SPDR | A | Dividend | K | T | | | | | |
| 12. I Shares Dividend Index Fund | A | Dividend | K | T | | | | | |
| 13. Hewlett Packard common stock | A | Dividend | K | T | | | | | |
| 14. Oppenheimer Dev. Market Fund | A | Dividend | K | T | | | | | |
| 15. CSX Common Stock | A | Dividend | J | T | | | | | |
| 16. Nike Common Stock | A | Dividend | K | T | | | | | |
| 17. Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 5/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Financial Common Stock | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 19. Schwab Large-Cap Growth Fund | A | Dividend | J | T | Sold (part) | 2/23/11 | J | A | |
| 20. Emerson Electric Common Stock | A | Dividend | | | Sold | 04/26/11 | J | A | |
| 21. SIT Large Cap Growth Fund | A | Dividend | K | T | Sold (part) | 3/3/11 | K | A | |
| 22. I Shares S & P Index | A | Dividend | K | T | Sold (part) | 10/18/11 | J | A | |
| 23. Stanley Works Common Stock | A | Dividend | | | Sold | 10/28/11 | J | B | |
| 24. Vanguard Invest. Grade Bond Fund | A | Dividend | J | T | | | | | |
| 25. Harbor Int'l Fund | A | Dividend | K | T | Sold (part) | 3/22/11 | J | A | |
| 26. Williams Co. Common Stock | A | Dividend | J | T | | | | | |
| 27. Humana Common Stock | A | Dividend | K | T | | | | | |
| 28. Payden Emerging Bond Fund | A | Int./Div. | | | Sold | 10/03/11 | J | A | |
| 29. Oakmark Global Fund | A | Dividend | K | T | | | | | |
| 30. Wisdom Tree Large Cap Fund | A | Dividend | K | T | | | | | |
| 31. Am. Cntry Govn't Bond Fund | A | Int./Div. | J | T | | | | | |
| 32. PG&E Common Stock | A | Int./Div. | J | T | | | | | |
| 33. Parnassus Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 34. Computer Sciences Corp. Common Stock | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 5/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Portland General Electric Common Stock | A | Dividend | K | T | | | | | |
| 36. FMI Focus Fund | A | Int./Div. | K | T | | | | | |
| 37. Vanguard Total Stock Index | A | Int./Div. | K | T | Buy (add'l) | 08/01/11 | K | | |
| 38. Teva Pharm. Common Stock | A | Dividend | J | T | | | | | |
| 39. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 40. Intel common Stock | A | Dividend | J | T | Buy | 05/10/11 | J | | |
| 41. American Century Bond Fund | A | Int./Div. | J | T | Buy | 11/28/11 | J | | |
| 42. TIAA CREF Fund | A | Int./Div. | J | T | Buy | 07/12/11 | J | | |
| 43. Gilead Sciences Common Stock | A | Dividend | J | T | Buy | 1/10/11 | J | | |
| 44. Costco Common Stock | A | Dividend | J | T | Buy | 3/17/11 | J | | |
| 45. Illinois Tool Common Stock | A | Dividend | J | T | Buy | 3/15/11 | J | | |
| 46. Microsoft Common Stock | A | Dividend | J | T | Buy | 4/05/11 | J | | |
| 47. Microsoft Common Stock | A | Dividend | J | T | Buy (add'l) | 8/04/11 | J | | |
| 48. Apple Common Stock | | None | J | T | Buy | 09/12/11 | J | | |
| 49. Web MD common Stock | | None | J | T | Buy | 11/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 5/9/2012 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 5/9/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney I. Schenkier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544